DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

MARK FARMER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2D24-2160

———————————————

January 21, 2026

Appeal from the Circuit Court for Pinellas County; Philippe Matthey, Judge.

Blair Allen, Public Defender, and Maria Clarke, Assistant Public Defender, Bartow, for Appellant.

Mark Farmer, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, KHOUZAM, and MORRIS, JJ., Concur.

———————————————

Opinion subject to revision prior publication.